IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Emigdio Madueno,<br><br>　　　　　Defendant.<br>_____ | NO.   CR 06-00945-TUC-CKJ(BPV)<br><br>**REPORT AND RECOMMENDATION ON PETITION TO REVOKE DEFENDANT'S SUPERVISED RELEASE** |

　　　　On May 7, 2014, a Petition to Revoke Defendant's Supervised Release [Doc. 309] was filed and an Arrest Warrant [Doc. 310] was issued for Defendant. On August 14, 2014, Defendant was arrested and his initial appearance hearing was held. An Admit/Deny Hearing before this Court was scheduled.

　　　　On September 17, 2014, an Evidentiary Hearing was held concerning the Petition to Revoke Supervised Release [Doc. 309] and a Consent to Proceed Before a Magistrate Judge [Doc. 322] was filed. The Government called as witnesses Gloria Adamski-Soto and Michael Lorenzini and the defense called as witnesses Frances Romero and Defendant Emigdio Madueno.

　　　　The Court, having considered the arguments and evidence presented, recommends that the District Judge, after her independent review and consideration, enter an order **DENYING** Defendant's Motion to Dismiss Allegation A of the Petition, but **GRANTING** Defendant's Motion to Dismiss Allegation B of the Petition, as the Court finds the Defendant responsible

1 as to Allegation A for not informing the probation officer of his correct residential address.

2 Pursuant to 28 U.S.C. §636(b)(1)(B), the parties have fourteen (14) days from the date
3 of this Report and Recommendation to file written objections to these findings and
4 recommendations with the District Court. Any objections and Responses to objections filed
5 should be filed as CR 06-00945-TUC-CKJ. No Replies shall be filed unless leave is granted
6 from the District Court.

7 DATED this 17th day of September, 2014.

_____
Bernardo P. Velasco
United States Magistrate Judge