# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>Emigdio Madueno,<br>              Defendant. | No. CR-06-00945-002-TUC-CKJ<br><br>**ORDER** |

On May 7, 2014, a Petition to Revoke Defendant's Supervised Released (Doc. 309) was filed. On September 17, 2014, an evidentiary hearing on Revocation of Supervised Release was held before Magistrate Judge Bernardo P. Velasco; Defendant orally moved to dismiss the allegations in the Petition. (Doc. 323.) On September 22, 2014, Magistrate Judge Velasco issued a Report and Recommendation in which he recommended that Defendant's Motion to Dismiss be denied as to Allegation A of the Petition and granted as to Allegation B of the Petition. (Doc. 327.) The Report and Recommendation notified the parties that they had fourteen days to file any objections. (*Id*.) No objections have been filed.

The Court has reviewed and considered the Petition to Revoke Defendant's Supervised Released, the transcript and amended transcript of the evidentiary hearing, the exhibits, and the Report and Recommendation.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 327) is ADOPTED;

      2.    The Petition to Revoke Defendant's Supervised Released (Doc. 309) is GRANTED as to Allegation A and DENIED as to Allegation B.

      3.    The disposition date of October 24, 2014, at 9:30 a.m. is confirmed.

Dated this 15th day of October, 2014.

_____
Cindy K. Jorgenson
United States District Judge